IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA GRAY, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, *et al.,* )<br>)<br>  Defendants. ) | CASE NO.  2:10-cv-0872-MEF<br>            WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objections (Doc. #10 & #11) to the Recommendation of the Magistrate Judge filed on February 14, 2011 are overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) entered on January 31, 2011 is adopted;

3.  That plaintiff's complaint, as amended, is untimely and, therefore, plaintiff's amended complaint is DISMISSED with prejudice and prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 17th day of February, 2011.

                                    /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE